**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

MIDDLE DISTRICT OF GEORGIA

Case number *(if known)* _____   Chapter   **11**

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **American Dental of Eastman LLC** |
| **2.** | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **61-1914302** |
| **4.** | **Debtor's address** | **Principal place of business** <br><br> **5106 Oak Street** <br> **Eastman, GA 31023** <br> Number, Street, City, State & ZIP Code <br><br> **Dodge** <br> County | **Mailing address, if different from principal place of business** <br><br> **P.O. Box 457** <br> **Eastman, GA 31023** <br> P.O. Box, Number, Street, City, State & ZIP Code <br><br> **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |
| **5.** | **Debtor's website** (URL) | |
| **6.** | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding LLP) <br> ☐ Other. Specify: _____ |

Debtor **American Dental of Eastman LLC** _____ Case number (*if known*) _____
     Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. Check **all** *that apply*:

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | When | Case number |
|---|---|---|
| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

Debtor  **American Dental of Eastman LLC**_____  Case number (*if known*)_____
     Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

List all cases. If more than 1, attach a separate list

Debtor **See Attachment**    Relationship _____
District _____  When _____  Case number, if known _____

**11. Why is the case filed in *this district*?**  *Check all that apply:*

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

■ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
   Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes. Insurance agency _____
     Contact name _____
     Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**   *Check one:*

☐ Funds will be available for distribution to unsecured creditors.
■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor **American Dental of Eastman LLC** _____ Case number (*if known*)_____
     Name

|  |  |  |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor **American Dental of Eastman LLC** _____ Case number (*if known*) _____
     Name

| | |
|---|---|
| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **May 24, 2024**
                MM / DD / YYYY

X **/s/ Michael Knight**                          **Michael Knight**
Signature of authorized representative of debtor        Printed name

Title   **Authorized Person**

**18. Signature of attorney**

X **/s/ Matthew S. Cathey**                          Date **May 24, 2024**
Signature of attorney for debtor                                    MM / DD / YYYY

**Matthew S. Cathey**
Printed name

**Stone & Baxter, LLP**
Firm name

**577 Third Street**
**Macon, GA 31201**
Number, Street, City, State & ZIP Code

Contact phone  **478-750-9898**        Email address  **mcathey@stoneandbaxter.com**

**759547 GA**
Bar number and State

Debtor **American Dental of Eastman LLC**     Case number (*if known*) _____
Name

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:
MIDDLE DISTRICT OF GEORGIA

Case number *(if known)* _____ Chapter **11**

☐ Check if this an amended filing

# FORM 201. VOLUNTARY PETITION

## Pending Bankruptcy Cases Attachment

| | | | | | |
|---|---|---|---|---|---|
| Debtor | **American Dental of Fitzgerald, LLC** | | Relationship to you | **Affiliate** | |
| District | **Middle District of Georgia** | When **5/24/24** | Case number, if known | | |
| Debtor | **American Dental of LaGrange, LLC** | | Relationship to you | **Affiliate** | |
| District | **Middle District of Georgia** | When **5/24/24** | Case number, if known | | |

## CORPORATE RESOLUTION AUTHORIZING
## FILING OF PETITION UNDER CHAPTER 11

American Dental of Georgia, LLC, the Manager of American Dental of Eastman, LLC (the "Company"), hereby certifies that, on the 22nd day of May, 2024, a meeting was held of the members and manager of the Company, and the following resolution was passed unanimously:

RESOLVED, that in the judgment of the members and manager, it is desirable and for the best interest of this Company, its creditors, stockholders and other interested parties, that a petition be filed by this Company in the United States Bankruptcy Court for the Middle District of Georgia, Albany Division (the "Chapter 11 Case") under the provisions of Chapter 11 of Title 11 of the United States Code, and that the same be filed at such time as may be directed by Michael Knight of the Company; and it is further

RESOLVED, that Michael Knight is hereby expressly authorized on the behalf of the Company to retain and compensate, subject to court approval, Stone & Baxter, LLP, as counsel for the Company in connection with the Chapter 11 Case, and it is hereby

RESOLVED, that the form of petition under Chapter 11 presented to the members and manager be, and the same hereby is approved and adopted in all respects, and that the Michael Knight be, and he hereby is, authorized and directed, on behalf of and in the name of this Company, to execute and verify petitions substantially in such form and to cause the same to be filed with the United States Bankruptcy Court for the Middle District of Georgia, Albany Division; and it is further

RESOLVED, that Michael Knight be, and is hereby, authorized to execute and file all petitions, schedules, list and other papers, and to take any and all actions which they may deem necessary or proper in connection with such proceeding under said Chapter 11, and in that connection to retain and employ all assistance by legal counsel or otherwise which he may deem necessary or proper with a view to the successful termination of such proceedings.

This 22nd day of May, 2024.

**MANAGER**

AMERICAN DENTAL OF GEORGIA, LLC
By: _[signature]_

Michael Knight, Manager

**MEMBER**

AMERICAN DENTAL OF GEORGIA, LLC
By: _[signature]_

Michael Knight, Manager

**Fill in this information to identify the case:**

Debtor name __American Dental of Eastman LLC__

United States Bankruptcy Court for the: __MIDDLE DISTRICT OF GEORGIA__

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING --** Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __May 24, 2024__       X __/s/ Michael Knight__
                                      Signature of individual signing on behalf of debtor

                                      **Michael Knight**
                                      Printed name

                                      **Authorized Person**
                                      Position or relationship to debtor

Fill in this information to identify the case:

Debtor name: **American Dental of Eastman LLC**
United States Bankruptcy Court for the: **MIDDLE DISTRICT OF GEORGIA**
Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| Corporation Service Company As Representative P.O. Box 2576 Springfield, IL 62708 | | 90 days or less: UCC No. 045-2023-000068 Filed on 2/13/23 in Dodge County | Disputed | Unknown | Unknown | Unknown |
| Corporation Service Company As Representative P.O. Box 2576 Springfield, IL 62708 | | 90 days or less: UCC No. 141-2023-001056 Filed on 8/24/23 in Troup County | Disputed | Unknown | Unknown | Unknown |
| CT Corporation System, as Rep. Attn: SPRS 330 N Brand Blvd., Suite 700 Glendale, CA 91203 | | 90 days or less: UCC No. 007-2023-000809 Filed on 1/6/23 in Barrow County | Disputed | Unknown | Unknown | Unknown |
| E Advance Services 370 Lex Avenue, Suite 801 New York, NY 10017 | | 90 days or less: UCC No. 045-2023-000319 Filed on 7/12/23 in Dodge County | Disputed | $38,000.00 | Unknown | Unknown |
| First Corporate Solutions 914 S. Street Sacramento, CA 95811 | | 90 days or less: UCC No. 001-2023-005955 Filed on 9/18/23 in Appling County | Disputed | $35,000.00 | Unknown | Unknown |
| MNR Capital 7901 4th Street North Suite 7491 Saint Petersburg, FL 33702 | | 90 days or less: UCC No. 007-2024-010427 Filed on 3/1/24 in Barrow County | Disputed | $30,000.00 | Unknown | Unknown |

Debtor **American Dental of Eastman LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **National Funding, Inc** 9530 Towne Centre Drive Suite 120 San Diego, CA 92121 | | 90 days or less: UCC No. 038-2023-026489 Filed on 12/4/23 in Coweta County | **Disputed** | **$42,000.00** | **Unknown** | **Unknown** |
| **North State Bank** 6204 Fallls Neuse Road Raleigh, NC 27609 | | 90 days or less: UCC No. 045-2019-000479 Filed on 7/31/19 in Dodge County | **Disputed** | **$988,000.00** | **Unknown** | **Unknown** |
| **North State Bank** 6204 Fallls Neuse Road Raleigh, NC 27609 | | 5106 Oak Street Eastman, GA 31023 Dental Practice Building and Land | | **$968,847.76** | **$195,185.00** | **$773,662.76** |
| **Symphona CPAs & Advisors** 118 Park of Commerce Suite 200 Savannah, GA 31405 | | Accounting Services | | | | **$2,500.00** |
| **Thomas S. Harbin** 3060 Peachtree Road,  Suite 1830 Atlanta, GA 30305 | | 5106 Oak Street (corner of Oak and  6th Avenue) Eastman, GA 31023 Parking Lot | | **Unknown** | **$11,548.00** | **Unknown** |
| **Thomas S. Harbin** 3060 Peachtree Road,  Suite 1830 Atlanta, GA 30305 | | 5106 Oak Street Eastman, GA 31023 Dental Practice Building and Land | | **Unknown** | **$195,185.00** | **Unknown** |

# United States Bankruptcy Court
## Middle District of Georgia

In re: **American Dental of Eastman LLC**  
Debtor(s)

Case No.  
Chapter **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Authorized Person of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **May 24, 2024**

**/s/ Michael Knight**  
**Michael Knight/Authorized Person**  
Signer/Title

```
American Dental of Fitzgerald, LLC
P.O. Box 457
Eastman GA 31023

American Dental of Georgia, LLC
P.O. Box 457
Eastman GA 31023

American Dental of Georgia, LLC
1114 Brookwodo Drive
Eastman GA 31023

American Dental of LaGrange, LLC
P.O. Box 457
Eastman GA 31023

Corporation Service Company
As Representative
P.O. Box 2576
Springfield IL 62708

CT  Corporation System, as Rep.
Attn: SPRS
330 N Brand Blvd., Suite 700
Glendale CA 91203

E Advance Services
370 Lex Avenue, Suite 801
New York NY 10017

First Corporate Solutions
914 S. Street
Sacramento CA 95811

Georgia Dental Associates, LLC
315 14th Street East
Tifton GA 31794

K&P Realty, LLC
P.O. Box 457
Eastman GA 31023

Michael Knight
P.O.  Box 457
Eastman GA 31023

MNR Capital
7901 4th Street North
Suite 7491
Saint Petersburg FL 33702

National Funding, Inc
9530 Towne Centre Drive
Suite 120
San Diego CA 92121
```

```
North State Bank
6204 Fallls Neuse Road
Raleigh NC 27609

Symphona CPAs & Advisors
118 Park of Commerce
Suite 200
Savannah GA 31405

Thomas S. Harbin
3060 Peachtree Road, Suite 1830
Atlanta GA 30305
```

# United States Bankruptcy Court
## Middle District of Georgia

In re **American Dental of Eastman LLC**
Debtor(s)

Case No.
Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **American Dental of Eastman LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**American Dental of Georgia, LLC**
**1114 Brookwodo Drive**
**Eastman, GA 31023**

☐ None [*Check if applicable*]

**May 24, 2024**
Date

**/s/ Matthew S. Cathey**
**Matthew S. Cathey**
Signature of Attorney or Litigant
Counsel for **American Dental of Eastman LLC**
**Stone & Baxter, LLP**
**577 Third Street**
**Macon, GA 31201**
**478-750-9898 Fax:478-750-9899**
**mcathey@stoneandbaxter.com**